AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jan 03, 2022**

SEAN F. McAVOY, CLERK

DAVID MICHAEL ALVES,

*Plaintiff*

v.

YAKIMA COUNTY DEPARTMENT OF CORRECTIONS, and BILL SPLAWN,

*Defendant*

Civil Action No. 1:21-CV-3120-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* ____ recover from the defendant *(name)* ____ the amount of ____ dollars ($ ____), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ____ recover costs from the plaintiff *(name)* ____.

☑ other: The First Amended Complaint, ECF No. 9, is DISMISSED with prejudice for failure to state a claim upon which relief may be granted under 28 U.S.C. § 1915(e)(2).

This action was *(check one)*:

☐ tried by a jury with Judge ____ presiding, and the jury has rendered a verdict.

☐ tried by Judge ____ without a jury and the above decision was reached.

☑ decided by Judge Rosanna Malouf Peterson.

Date: 1/3/2022

*CLERK OF COURT*

SEAN F. McAVOY

s/ Lennie Rasmussen
*(By) Deputy Clerk*

Lennie Rasmussen